IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAKISHA YOUNG,<br>on behalf of F.Y., a minor,<br><br>                Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>                Defendant. | CIVIL ACTION<br>NO. 17-3503 |

## **ORDER**

**AND NOW**, this 10th day of May 2018, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 11), Defendant's Response (Doc. No. 12), Plaintiff's Reply (Doc. No. 13), the Report and Recommendation of Magistrate Judge Thomas J. Rueter (Doc. No. 15), and that the Report and Recommendation has not been objected to by the parties, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 15) is **APPROVED** and **ADOPTED**.

2. Plaintiff's Request for Review (Doc. No. 11) is **GRANTED**.

3. The matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation.

4. Judgment shall be entered in favor of Plaintiff, reversing the decision of the Commissioner for the purpose of this remand only.

5. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.